**EXHIBIT 1:** SCREENGRAB OF VIDEO #1



**EXHIBIT 1:** SCREENGRAB OF VIDEO #2



**EXHIBIT 1:** SCREENGRAB OF VIDEO #3



**EXHIBIT 1:** SCREENGRAB OF VIDEO #4

